UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON

IN RE:  CASE NO. 08-22398
ANTHONY FRAMBES

DEBTOR(S)

**ORDER**

A petition was filed in the above referenced case on November 24, 2008.  The list of creditors required pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(1) was not submitted with the petition.  The debtor must file the list of creditors, including the complete mailing address of each creditor, within five (5) working days of the date of this order.  The list must be accompanied by an unsworn declaration of the debtor as required by Federal Rules of Bankruptcy Procedure 1008.

Failure to comply with this order may result in the dismissal of this case, or the withholding of the discharge of the debtor without further notice or hearing.  This does not limit any party in interest from seeking contempt sanctions, dismissal of the case, or any other remedy for failure to comply with this order.

Copies to:

Debtor
Trustee
US Trustee

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*William S. Howard*
**Bankruptcy Judge**
**Dated: Monday, November 24, 2008**
**(srw)**