**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**

| | | |
|---|---|---|
| IN RE: | § | CASE NO 08-22398 |
| | § | |
| ANTHONY FRAMBES | § | |
| | § | Chapter 7 |
| Debtor | § | |

### DEBTOR'S DECLARATION CONCERNING MAILING MATRIX

Anthony Frambes, named as the debtor in this case, declares that he has read the attached mailing matrix consisting of this page and two additional pages and certifies that it is true and complete to the best of his information and belief.

Dated this 28 day of November 2008.

*[signature]*

Anthony Frambes
347 Riverbend Dr
Ludlow KY 41016

EASTERN DISTRICT OF KENTUCKY
**FILED**
DEC 0 5 2008
AT LEXINGTON
JERRY D. TRUITT, CLERK
U.S. BANKRUPTCY COURT

Anthony Frambes
347 Riverbend Dr
Ludlow KY 41016


Land Rover Capital Group
PO Box 537901
Livonia MI 48153-7901


Wells Fargo Financial Bank
PO Box 98791
Las Vegas NV 89193-8791


Citi Cards
PO Box 183056
Columbus OH 43218-3056


Best Buy Retail Services
PO Box 5238
Carol Stream IL 60197-5238

Citi Financial Retail Services
PO Box 183041
Columbus OH 43218-3041


Discover
PO Box 15251
Wilmington DE 19886-5251


Bank Of America
PO Box 17309
Baltimore MD 21297-1309


American Express
BOX 0001
Los Angeles CA 90096-0001