**B7 (Official Form 7) (12/07)**

**ANTHONY W. FRAMBES**
**Debtor**

**CASE NO. 08-22398**
**(If known)**

## STATEMENT OF FINANCIAL AFFAIRS

1.    **Income from employment or operation of business.**

State the gross amount of income the debtor ahs received from employment, trade, or profession, or form the operation of the debtor's business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this case's calendar year.

| AMOUNT | SOURCE |
| --- | --- |
| 2006: $41,596 Gross | $17,292.00 Adjusted Gross Income |
| 2007: $52,165 Gross | $39,462.00 Adjusted Gross Income |
| 2008: $57,196 Gross | |

EASTERN DISTRICT OF KENTUCKY
**FILED**

DEC 1 1 2008

AT LEXINGTON
JERRY D. TRUITT, CLERK
U.S. BANKRUPTCY COURT

2.    **Income other than from employment or operation of business.**

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.

AMOUNT                                SOURCE

None

3.    **Payments to creditors.**

*Complete a or b, as appropriate, and c*

a.    *Individual or joint debtors with primarily consumer debts:*  List all payments on loans, installments, purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case.

| NAME AND ADDRESS OF CREDITORS | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

Debtor paid American Express: $17000.00 on 9/16/08

b.    *Debtor(s) whose debts are not primarily consumer debts:*    List all payments on loans, installments, purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STIL OWING |
|---|---|---|---|

None

c.    *All debtors:*  List all payments within one year immediately preceding the commencement of this case to or for the benefit of creditors who are insiders.

| NAME AND ADDRESS OF CREDITORS AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None

## 4.    Suits and administrative proceedings, executions, garnishments and attachments.

a.    List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None

b.    Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

None

## 5.    Repossessions, foreclosures and returns.

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

I voluntarily surrendered my Land Rover Auto Lease on 11/22/08. Not sure of the value as it was a leased auto.

6.    **Assignments and receiverships**

    a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.

        **None**

    b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.

        **None**

7.    **Gifts**

List all gifts or charitable contributions made within one year immediately preceding the ent of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.

**None**

8.    **Losses**

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case of since the commencement of this case.

**None**

9.    **Payments related to debt counseling or bankruptcy.**

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case

$175 to bankruptcy petition preparer to type bankruptcy papers at debtors' direction

10.    **Other transfers**

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor transferred either absolutely or as a security within one year immediately preceding the commencement of this case.

**None**

**11.    Closed financial accounts**

List all financial accounts and instruments held in the name of the debtor for the benefit of the debtor which were closed, sold or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments, shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.

None

**12.    Safe deposit boxes**

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.

None

**13.    Setoffs.**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.

None

**14.    Property held by another person**

List all property owned by another person that the debtor holds or controls.

None

**15.    Prior address of the debtor**

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during the period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

not applicable

**16.    Spouses and former spouses**

If the debtor resides or resided in a community property state, commonwealth or territory (including  Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of  the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community state.

not applicable

**17.    Environmental Information**

a.    List the name and address for every address for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an environmental law.  Indicate the governmental unit, the date of the notice, and if known, the environmental law.

Not applicable

c.    List the name and address of every site for which the debtor provided notice to a governmental unit for a release of a hazardous material.  Indicate the governmental unit to which the notice was sent and the date of the notice.

Not applicable

d.    List all judicial or administrative proceedings, including settlements of orders,  under any environmental law  with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

Not applicable

**18.    Nature, Location, and Name of Business**

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers,  nature of the businesses, and beginning and ending dates of all businesses to which the debtor was a director, officer, partner, or managing executive of a corporation, partnership, sole proprietorship,  or was a self employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

Not applicable

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses to which the debtor was a partner, or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case

Not applicable

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses to which the debtor was a partner, or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case

During the time period indicated the debtor has operated AWF Investments LLC. It is a He is a licensed DirecTV Dealer, selling DirecTV subscriptions - debtor has all relevant business records in his possession.

b. Identify any businesses listed in response to subdivision a above, that is a "single asset real estate" as defined in 11 U.S.C. § 101.

Not applicable

---

****************

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    12/7/08    Signature
of Debtor

Date    Signature of
Joint Debtor
(if any)

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    Signature

Print Name and
Title

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

___continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

Address

Signature of Bankruptcy Petition Preparer    Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

**B6A (Official Form 6A) (12/07)**

__ANTHONY W. FRAMBES__

**Debtor(s)**

CASE NO. 08-22398

**(if known)**

## SCHEDULE A – REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | MARKET VALUE OF DEBTOR'S INTEREST | AMOUNT OF SECURED CLAIM |
|---|---|---|---|
| **Residential homestead located at:** | | | |
| **347 Riverbend Dr Ludlow, KY 41016** | owned by debtor with a present FMV of approximately $ 269,000 | no equity $ 255,000 (1ST) no equity $ 19,787 (2nd) | |

## TOTAL                    $ 269,000

B6B (Official Form 6A) (12/07)

__ANTHONY W. FRAMBES__                          CASE NO. 08-22398
Debtor(s)                                            (If known)

## SCHEDULE B – PERSONAL PROPERTY

| DESCRIPTION OF PROPERTY | LOCATION | H W J C | MARKET VALUE OF DEBTOR'S INTEREST BEFORE CLAIM |
|---|---|---|---|
| 1. Cash on hand | | | |
| None | | | |
| 2. Checking, savings or other financial accounts, certificates of deposits or shares in banks, savings, thrift, building and loan and homestead associations or credit unions, brokerage houses, or cooperatives. | | | |
| Bank account | | | $   96 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | | |
| None | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | | $   360 approximate aggregate present fair market value |
| Miscellaneous household goods and furnishings including Couch, chairs, beds, dressers, dining room table, refrigerator, washer, dryer, microwave, stereo, personal computer, television, lamps, coffee tables and end tables | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | | |
| None | | | |
| 6. Wearing apparel. | | | |
| Miscellaneous personal clothing | | | $   200 |
| 7. Furs and jewelry. | | | |
| None | | | |

# SCHEDULE B – PAGE 1 OF 5

## SCHEDULE B – PERSONAL PROPERTY (CONTINUED)

| DESCRIPTION OF PROPERTY | LOCATION | H W J C | MARKET VALUE OF DEBTOR'S INTEREST BEFORE CLAIM |
|---|---|---|---|

8. Firearms and sports, photographic, and other hobby equipment.

camera  $   250

9. Interests in insurance policies (itemize refund or surrender value)

None

10. Annuities.

None

11. Interests in  an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified state tuition plan as defined in 26 U.S.C. §529(b)(1).

None

12 Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.

Roth IRA  $   1,000

13. Stock and interests in incorporated and unincorporated businesses

None

14.. Interests in partnerships and joint ventures

None

15. Government and corporate bonds and other negotiable instruments.

None

16. Accounts receivable

None

# SCHEDULE  B – PAGE 2 OF 5

## SCHEDULE B – PERSONAL PROPERTY (CONTINUED)

| DESCRIPTION OF PROPERTY | LOCATION | H W J C | MARKET VALUE OF DEBTOR'S INTEREST BEFORE CLAIM |
|---|---|---|---|

17. Alimony, maintenance, support and property settlements to which the debtor may be entitled.

   None

18. Other liquidated debts owing debtor including tax refunds

   None

19. Equitable and future interests, life estates, and rights of power exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property.

   None

20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust.

   None

21. Other contingent and un-liquidated claims of every nature, including tax refunds, counter-claims of the debtor, and the rights to setoff claims.

   None

22. Patents, copyrights, and other intellectual property.

   None

23. Licenses, franchises, and other general intangibles

   None

## SCHEDULE B – PAGE 3 OF 5

## SCHEDULE B – PERSONAL PROPERTY (CONTINUED)

| DESCRIPTION OF PROPERTY | LOCATION | H W J C | MARKET VALUE OF DEBTOR'S INTEREST BEFORE CLAIM |
|---|---|---|---|

24. Customer lists or other compilations containing personally identifiable information (as defined by 11 U.S.C. § 101(41A) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family or household purposes.

   None

25. Automobiles, trucks, trailers, and other vehicles and accessories.

   None – leased vehicles only

26. Boats, motors, and accessories

   None

27. Aircraft and accessories

   None

28.. Office equipment, furnishings, and supplies.

   None

29. Machinery, fixtures, equipment, and supplies used in business.

   None

30. Inventory

   None

# SCHEDULE  B – PAGE 4 OF 5

## SCHEDULE B – PERSONAL PROPERTY (CONTINUED)

| DESCRIPTION OF PROPERTY | LOCATION | H W J C | MARKET VALUE OF DEBTOR'S INTEREST BEFORE CLAIM |
|---|---|---|---|

31.  Animals

Domestic pets only

32.  Crops – growing or harvested

None

33.  Farming equipment and implements

None

34.  Farm supplies, chemicals, and feed

None

35..  Other personal property of any kind not already listed.

None

**TOTAL      $ 1,910**

# SCHEDULE  B – PAGE 5 OF 5

**B6C (Official Form 6A) (12/07)**

<u>**ANTHONY W. FRAMBES**</u>          **CASE NO. 08-22398**
  **Debtor**                                                    **(if known)**

<u>SCHEDULE C – PROPERTY CLAIMED AS EXEMPT</u>

Debtor claims the exemptions to which debtor is entitled under:

[   ] 11 U.S.C. § 522(b)(2)          [   ] Check if the debtor claims a homestead exemption
[   ] 11 U.S.C. § 522(b)(3)                  that exceeds $ 134,875

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION EXEMPTION |
|---|---|---|---|
| **CASH ON HAND, BANK DEPOSITS, SECURITIES, ETC.** | | | |
| Bank account | Ky. Rev.Stat.§ 427.160 | $  96 | $  996 |
| **HOUSEHOLD GOODS,  PERSONAL CLOTHING, MISCELLENEOUS PERS. PROPERTY** | | | |
| Miscellaneous household goods (aggregate value) | Ky. Rev.Stat.§ 427.010 | $  360 | $  360 |
| Miscellaneous personal clothing | Ky. Rev.Stat.§ 427.010 | $  200 | $  200 |
| Camera | Ky. Rev.Stat.§ 427.160 | $  250 | $  250 |
| **MOTOR VEHICLE** | | | |
| Debtor has leased vehicles only | | | |
| **HOMESTEAD, REAL PROPERTY, ETC.** | | | |
| Homestead/residence | Ky. Rev.Stat.§ 427.060 & 427.090 | debtor has  no equity in this property | |
| **PENSIONS, RETIREMENT FUNDS, ETC** | | | |
| Roth 401K | 11 USC § 522(b)(3) | ERICA qualified and not part of bankruptcy estate | |

B6D (Official Form 6D) (12/07)

__ANTHONY W. FRAMBES__                    CASE NO. 08-22398
  Debtor                                       (if known)

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

| CREDITOR NAME AND ADDRESS | DATE, NATURE OF LIEN, DESCRIPTION & MARKET VALUE | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION |
|---|---|---|---|
| First Horizon Home Loans 4000 Horizon Way Irving TX 75063 | first mortgage securing note on debtor's residence with a present FMV of approximately $ 269,000 | $ 255,257 | none |
| CitiMortgage PO Box 6006 The Lakes, NV 88901 | second mortgage securing note on debtor's residence with a present FMV of approximately $ 269,000 | $ 22,000 | $ 8,257 |

## __TOTAL__         __$ 277,257__

B6E (Official Form 6E) (12/07)

<u>ANTHONY W. FRAMBES</u>                              **CASE NO. 08-22398**
       **Debtor**                                              **(if known)**

## <u>SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS</u>

**[ XX ]  Debtor has no creditors holding unsecured priority claims to report on this Schedule E.**

**TYPES OF PRIORITY CLAIMS**

**[  ]    Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provide din 11 U.S.C. § 507(a)(1)

**[  ]    Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief to the extent provided in 11 USC section 507(a)(3)

**[  ]    Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in USC section 507(1)(4)

**[  ]    Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 USC section 507 (a)(5)

**[  ]    Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. section 507(a)(6)

**[  ]    Deposits by individuals**
Claims of individuals up to $2,100 for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 USC section 507(a)(7)

**[  ]    Taxes and certain other debts owed to governmental units**
Taxes, customs duties, and penalties owing to federal, state and local government units as set forth in 11 USC section 507(a)(8);

**[  ]    Commitments to maintain the capital of an insured depository institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 USC section 507 (a)(9)

**[  ]    Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(1).

B6F (Official Form 6F) (12/07)

**ANTHONY W. FRAMBES**
    **Debtor**

**CASE NO. 08-22398**
**(if known)**

## SCHEDULE F – CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS

| CREDITOR NAME AND ADDRESS | DATE CLAIM WAS INCURRED CONSIDERATION FRO CLAIM | CLAIM AMOUNT AND NOTES |
|---|---|---|
| **Wells Fargo Financial Bank:** <br> **PO Box 98791** <br> **Las Vegas, NV 89193** <br> **Acct # 4071-1000-2054-2506** | unsecured loan, dept store or cr card | $ 5,000 |
| **Wells Fargo Financial Bank:** <br> **PO Box 98791** <br> **Las Vegas, NV 89193** <br> **Acct # 6048-7000-0610-4836** | unsecured loan, dept store or cr card | $ 4,000 |
| **Citibank:** <br> **PO Box 183056** <br> **Columbus, OH 43218** <br> **Acct # 4621-2001-3114-2710** | unsecured loan, dept store or cr card | $ 5,600 |
| **Bank of America:** <br> **PO Box 17309** <br> **Baltimore, MD 21297** <br> **Acct # 5490-9947-4640-1769** | unsecured loan, dept store or cr card | $ 4,368 |
| **Bank of America:** <br> **PO Box 17309** <br> **Baltimore, MD 21297** <br> **Acct # 5329-0645-5487-2571** | unsecured loan, dept store or cr card | $15,000 |
| **Citifinancial Retail Services:** <br> **PO Box 183041** <br> **Columbus OH 43218** <br> **Acct # 6032-5904-0247-8233** | unsecured loan, dept store or cr card | $ 706 |
| **Citifinancial Retail Services:** <br> **PO Box 183041** <br> **Columbus OH 43218** <br> **Acct # 6032-5902-4251-0120** | unsecured loan, dept store or cr card | $ 771 |

# SCHEDULE F - PAGE  ONE OF TWO

**ANTHONY W. FRAMBES**                                          CASE NO. 08-22398
    **Debtor**                                                          **(If known)**

### SCHEDULE F – CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS (CONTINUED)

| CREDITOR NAME AND ADDRESS | DATE CLAIM WAS INCURRED CONSIDERATION FRO CLAIM | CLAIM AMOUNT AND NOTES |
|---|---|---|
| **Best Buy Retail:** <br> **PO BOX 5238** <br> **Carol Stream, IL 60197** <br> Acct # 7001-0981-3476-6508 | unsecured loan, dept store or cr card | $ 2,200 |
| **American Express:** <br> **PO Box 0001** <br> **Los Angeles, CA 90096** <br> Acct # 3712-724276-42000 | unsecured loan, dept store or cr card | $8228 |
| **American Express:** <br> **PO Box 0001** <br> **Los Angeles, CA 90096** <br> Acct # 3715-568139-61002 | unsecured loan, dept store or cr card | $58,093 |
| **American Express:** <br> **PO Box 0001** <br> **Los Angeles, CA 90096** <br> Acct # 3717-358219-01008 | unsecured loan, dept store or cr card | $ 8,036 |
| **American Express:** <br> **PO Box 0001** <br> **Los Angeles, CA 90096** <br> Acct # 3772-389405-71004 | unsecured loan, dept store or cr card | $ 5,587 |
| **Discover Card:** <br> **PO Box 15251** <br> **Wilmington, DE 19886** <br> Acct # 6011-0001-7157-9273 | unsecured loan, dept store or cr card | $ 875 |
| **Land Rover Capital** <br> **PO Box 55000** <br> **# 41542432** | balance of lease with surrendered 2006 Land Rover LR3 <br> 2006 Land Rover LR3Detroit, MI 48255 | |

### TOTAL  $ 118,464

# SCHEDULE F - PAGE  THREE OF THREE

B6G (Official Form 6G) (12/07)

ANTHONY W. FRAMBES                                          CASE NO.  08-22398

## SCHEDULE G – EXECUTORY CONTRACTS AND UN-EXPIRED LEASES

| NAME AND ADDRESS OF OTHER PARTIES TO INSTRUMENT | DESCRIPTION OF CONTRACT OR LEASE AND DEBTOR'S INTEREST |
|---|---|
| Land Rover Capital:<br>PO Box 55000<br>Detroit, MI 48255<br>Acct # 41542432 | Lease of 2006 Land Rover LR3<br>monthly payments of $1,346<br>vehicle to be surrendered and<br>lease to be rejected as part of bk |
| Volkswagen Credit:<br>PO Box 17497<br>Baltimore, MD 21297<br>Acct #: 843744978 | Lease of 2007 VW<br>monthly payments of $ 589<br>vehicle to be retained  and<br>lease to be assumed  as part of bk |

**B6H (Official Form 6H) (12/07)**

**ANTHONY W. FRAMBES**
**Debtor**

**CASE NO. 08-22398**
**(If known)**

## SCHEDULE H – CO-DEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedule of creditors. Include all guarantor and co-signors. If the debtor resides or resided in a community property state, commonwealth, or territory ((including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a co-debtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

**[ XX  ]  Check this box if debtor has no co-debtors.**

NAME AND ADDRESS OF CO-DEBTOR                    NAME AND ADDRESS OF CREDITOR

B6I (Official Form 6I) (12/07)


**ANTHONY W. FRAMBES**                                     **CASE NO. 08-22398**
**Debtor**                                                          **(If known)**

## SCHEDULE I – CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

DEBTORS MARITAL STATUS:            Married
DEPENDENTS OF DEBTOR AND SPOUSE:   3  children/other dependents

EMPLOYMENT:

|  | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | sales | homemaker |
| Name of Employer: | self employed | |
| How long employed: | 3 years | |
| Employer address: | Ludlow, KY | |

INCOME:    (estimate of average monthly income)              DEBTOR          SPOUSE

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions | $  5,000 | 0 |
| 2. Estimated monthly overtime | | |
| 3. SUBTOTAL | $  5,000 | |
| LESS PAYROLL DEDUCTIONS | | |
| a.     Payroll taxes and social security | $  1,000 | |
| b.     Retirement contribution | | |
| c.     Union dues | | |
| d.     Other – | | |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $  1,000 | |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $  4,000 | |
| 7. Regular income from operation of business or profession or farm $ (attach detailed statement) | | |
| 8. Income from real property | | |
| 9. Interest and dividends | | |
| 10. Alimony, maintenance or support payments payable to the debtor | | |
| 11. Social security or other government assistance | | |
| 12. Pension or retirement income | | |
| 13. Other monthly income – | | |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | | |
| 15. TOTAL MONTHLY INCOME (add lines 6 and 14) | $  4,000 | 0 |
| 16. TOTAL COMBINED MONTHLY INCOME | $  4,000 | |

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the
    filing of this document:.  None anticipated

**B6J (Official Form 6J) (12/07)**

**ANTHONY W. FRAMBES**                                    **CASE NO. 08-22398**
**Debtor**                                                        **(if known)**

## SCHEDULE J – CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

[   ]   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.
complete a separate schedule of expenditures labeled "Spouse".

| | | |
|---|---|---:|
| 1. | Rent or home mortgage payment (include lot rented for mobile home) | $2,199 |
| | Are real estate taxes included?          yes | |
| | Is property insurance included          yes | |
| 2. | Utilities:   Electricity and hearing fuel | 120 |
| | Water and sewer | |
| | Telephone | 200 |
| | Other – Cable or Satelite dish | 95 |
| 3. | Home maintenance (repairs and upkeep) | 50 |
| 4. | Food | 500 |
| 5. | Clothing | 100 |
| 6. | Laundry and dry cleaning | 20 |
| 7. | Medical and dental expenses (out of pocket  monthly expenses) | 20 |
| 8. | Transportation (not including car payments) | 120 |
| 9. | Recreation, clubs and entertainment, newspaper, magazines, etc. | 150 |
| 10. | Charitable contributions | |
| 11. | Insurance (not deducted from wages or included in home mortgages) | |
| | Homeowners or renters | 30 |
| | Life | |
| | Health | 95 |
| | Auto | 110 |
| | Other - | |
| 12. | Taxes (not deducted from wages or included in home mortgages)  - | |
| 13. | Installment payments | |
| | Auto    (lease payments on vehicles $589 & $257) | 846 |
| | Other | |
| 14. | Alimony, maintenance, and support paid to others | |
| 15. | Payments for support of additional dependents not living at your home | |
| 16. | Regular expenses from operation of business, profession or farm - | |
| 17. | Other expenses | |
| 18. | TOTAL MONTHLY EXPENSES | $  4,655 |
| 19. | Describe any increase or decrease in expenditures reasonably anticipated | |
| | to occur within the year following the filing of this document  None | |
| 20. | STATEMENT OF MONTHLY NET  INCOME | |
| A. | Total monthly income from Line 16 of Schedule I | $ 4,000 |
| B. | Total monthly expenses from Line 18 above | $ 4,655 |
| C. | Monthly net income (A. minus B.) | none after expenses |

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

### Eastern District of Kentucky

In re  ANTHONY W. FRAMBES                           ,
　　　　　　　　　　　　Debtor

Case No.  08-22398

Chapter  7

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 269,000.00 | | |
| B - Personal Property | YES | 5 | $ 1,910.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 277,257.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 2 | | $ 118,464.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 4,000.00 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 4,655.00 |
| TOTAL | | 15 | $ 270,910.00 | $ 396,721.00 | |

B 6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

### Eastern District of Kentucky

In re  ANTHONY W. FRAMBES              ,                    Case No.  08-22398

Debtor

Chapter  7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $          0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $          0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $          0.00 |
| Student Loan Obligations (from Schedule F) | $          0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $          0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $          0.00 |
| **TOTAL** | $          0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $     4,000.00 |
| Average Expenses (from Schedule J, Line 18) | $     4,655.00 |
| Current Monthly Income (from Form 22A Line 12; **OR,** Form 22B Line 11; **OR,** Form 22C Line 20 ) | $     5,000.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $     8,257.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $          0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $          0.00 |
| 4. Total from Schedule F | | $   118,464.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $   127,021.00 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re __ANTHONY W. FRAMBES_____ ,          Case No. __08-22398_____
　　　　　　　　　Debtor                                                        (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __17__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __12/7/08_____                          Signature: _____
                                                                                                        Debtor

Date _____          Signature: _____
                                                                                          (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,                    Social Security No.
of Bankruptcy Petition Preparer                                  (Required by 11 U.S.C. § 110.)

If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.

_____
_____
_____
Address

X _____          _____
Signature of Bankruptcy Petition Preparer                    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __17__ sheets (Total shown on summary page plus 1), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

                                          Signature: _____

                                                              _____
                                                              [Print or type name of individual signing on behalf of debtor.]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

---

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B 22A (Official Form 22A) (Chapter 7) (01/08)

| | |
|---|---|
| In re  ANTHONY W. FRAMBES  <br>Debtor(s)  <br><br>Case Number:  08-22398  <br>(If known) | According to the calculations required by this statement:  <br><br>☐ **The presumption arises.**  <br>☑ **The presumption does not arise.**  <br><br>(Check the box as directed in Parts I, III, and VI of this statement) |

## CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME
## AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

| | |
|---|---|
| **Part I. EXCLUSION FOR DISABLED VETERANS AND NON-CONSUMER DEBTORS** | |
| **1A** | If you are a disabled veteran described in the Veteran's Declaration in this Part I, (1) check the box at the beginning of the Veteran's Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.  <br><br>☐ **Veteran's Declaration.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| **1B** | If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.  <br><br>☐ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |

| | |
|---|---|
| **Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION** | |
| **2** | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.  <br>a. ☐ **Unmarried.** Complete only Column A ("Debtor's Income") for Lines 3-11.  <br>b. ☐ **Married, not filing jointly, with declaration of separate households.** By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only Column A ("Debtor's Income") for Lines 3-11.**  <br>c. ☑ **Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**  <br>d. ☐ **Married, filing jointly. Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** |

| | Column A <br>Debtor's <br>Income | Column B <br>Spouse's <br>Income |
|---|---|---|
| All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | |
| **3**  Gross wages, salary, tips, bonuses, overtime, commissions. | $  5,000.00 | $  0.00 |

| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.** | | | | |
|---|---|---|---|---|---|
| | a. | Gross receipts | $ | | |
| | b. | Ordinary and necessary business expenses | $ | | |
| | c. | Business income | Subtract Line b from Line a | $ 0.00 | $ 0.00 |
| 5 | **Rent and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.** | | | | |
| | a. | Gross receipts | $ | | |
| | b. | Ordinary and necessary operating expenses | $ | | |
| | c. | Rent and other real property income | Subtract Line b from Line a | $ 0.00 | $ 0.00 |
| 6 | **Interest, dividends and royalties.** | | | $ 0.00 | $ 0.00 |
| 7 | **Pension and retirement income.** | | | $ 0.00 | $ 0.00 |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. | | | $ 0.00 | $ 0.00 |
| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below: Unemployment compensation claimed to be a benefit under the Social Security Act Debtor $ _____ Spouse $ _____ | | | $ 0.00 | $ 0.00 |
| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.** | | | | |
| | a. | | $ | | |
| | b. | | $ | | |
| | Total and enter on Line 10 | | | $ 0.00 | $ 0.00 |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | | | $ 5,000.00 | $ 0.00 |
| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | | | | $ 5,000.00 |

**Part III. APPLICATION OF § 707(b)(7) EXCLUSION**

| 13 | **Annualized Current Monthly Income for § 707(b)(7).** Multiply the amount from Line 12 by the number 12 and enter the result. | $ 60,000.00 |
|---|---|---|

B 22A (Official Form 22A) (Chapter 7) (01/08)

3

| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) <br><br> a. Enter debtor's state of residence: ___KENTUCKY___    b. Enter debtor's household size: ___4___ | $ 63,097.00 |
|---|---|---|
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed. <br><br> ☑ **The amount on Line 13 is less than or equal to the amount on Line 14.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII. <br><br> ☐ **The amount on Line 13 is more than the amount on Line 14.** Complete the remaining parts of this statement. | |

**Complete Parts IV, V, VI, and VII of this statement only if required.  (See Line 15.)**

| | **Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)** | |
|---|---|---|
| 16 | Enter the amount from Line 12. | $ 5,000.00 |
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. <br><br> a. $ <br> b. $ <br> c. $ <br><br> Total and enter on Line 17. | $ |
| 18 | **Current monthly income for § 707(b)(2).** Subtract Line 17 from Line 16 and enter the result. | $ |
| | **Part V. CALCULATION OF DEDUCTIONS FROM INCOME** | |
| | **Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)** | |
| 19A | **National Standards: food, clothing and other items.** Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
| 19B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 14b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. | $ |

| Household members under 65 years of age | | | Household members 65 years of age or older | | |
|---|---|---|---|---|---|
| a1. | Allowance per member | | a2. | Allowance per member | |
| b1. | Number of members | | b2. | Number of members | |
| c1. | Subtotal | | c2. | Subtotal | |

B 22A (Official Form 22A) (Chapter 7) (01/08)

4

| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). | $ |
|---|---|---|

| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and household size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** | |
|---|---|---|

| | a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ | |
|---|---|---|---|---|
| | b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ | |
| | c. | Net mortgage/rental expense | Subtract Line b from Line a. | $ |

| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: <br><br> _____ <br> _____ <br> _____ | $ |
|---|---|---|

| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation. <br><br> Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8. <br> ☐ 0  ☐ 1  ☐ 2 or more. <br><br> If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
|---|---|---|

| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
|---|---|---|

| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.) <br> ☐ 1  ☐ 2 or more. <br><br> Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** | |
|---|---|---|

| | a. | IRS Transportation Standards, Ownership Costs | $ | |
|---|---|---|---|---|
| | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ | |
| | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. | $ |

B 22A (Official Form 22A) (Chapter 7) (01/08)

5

| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23. Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.** | | |
|---|---|---|---|
| | a. | IRS Transportation Standards, Ownership Costs | $ |
| | b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ |
| | c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a.  $ |

| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self-employment taxes, social-security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ |
|---|---|---|
| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |
| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $ |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare—such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service—such as pagers, call waiting, caller id, special long distance, or internet service—to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ |
| | **Subpart B: Additional Living Expense Deductions**  **Note: Do not include any expenses that you have listed in Lines 19-32** | |

B 22A (Official Form 22A) (Chapter 7) (01/08)

6

| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. | |
|---|---|---|
| | a. | Health Insurance | $ |
| | b. | Disability Insurance | $ |
| | c. | Health Savings Account | $ |
| | Total and enter on Line 34 | $ |
| | **If you do not actually expend this total amount**, state your actual total average monthly expenditures in the space below: $ _____ | |

| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ |
|---|---|---|

| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
|---|---|---|

| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
|---|---|---|

| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $137.50 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |
|---|---|---|

| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
|---|---|---|

| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |
|---|---|---|

| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | $ |
|---|---|---|

**Subpart C: Deductions for Debt Payment**

B 22A (Official Form 22A) (Chapter 7) (01/08)

| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. | | | | |

| | | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|---|
| | a. | | | $ | ☐ yes ☐ no |
| | b. | | | $ | ☐ yes ☐ no |
| | c. | | | $ | ☐ yes ☐ no |
| | | | | Total: Add Lines a, b and c. | |

$

| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. |

| | | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|---|
| | a. | | | $ |
| | b. | | | $ |
| | c. | | | $ |
| | | | | Total:  Add Lines a, b and c |

$

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing.  **Do not include current obligations, such as those set out in Line 28.** | $ |

| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. |

| | a. | Projected average monthly chapter 13 plan payment. | $ |
|---|---|---|---|
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x |
| | c. | Average monthly administrative expense of chapter 13 case | Total: Multiply Lines a and b |

$

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ |

| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ |

B 22A (Official Form 22A) (Chapter 7) (01/08)                                                                    8

## Part VI: DETERMINATION OF § 707(b)(2) PRESUMPTION

| 48 | Enter the amount from Line 18 (Current monthly income for § 707(b)(2)) | $ |
|----|----|----|
| 49 | Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2)) | $ |
| 50 | Monthly disposable income under § 707(b)(2). Subtract Line 49 from Line 48 and enter the result | $ |
| 51 | 60-month disposable income under § 707(b)(2). Multiply the amount in Line 50 by the number 60 and enter the result. | $ |

| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed. <br><br> ☐ **The amount on Line 51 is less than $6,575** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI. <br><br> ☐ **The amount set forth on Line 51 is more than $10,950.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI. <br><br> ☐ **The amount on Line 51 is at least $6,575, but not more than $10,950.** Complete the remainder of Part VI (Lines 53 through 55). |
|----|----|

| 53 | Enter the amount of your total non-priority unsecured debt | $ |
|----|----|----|
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |

| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed. <br><br> ☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. <br><br> ☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. |
|----|----|

## Part VII: ADDITIONAL EXPENSE CLAIMS

| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. |
|----|----|

| | Expense Description | Monthly Amount |
|----|----|----|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| | Total: Add Lines a, b and c | $ |

## Part VIII: VERIFICATION

| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)* <br><br> Date: __12/7/08__          Signature: _____ <br> (Debtor) <br><br> Date: _____          Signature: _____ <br> (Joint Debtor, if any) |
|----|----|

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT

### Eastern District of Kentucky

In re ANTHONY W. FRAMBES _____ ,                    Case No. 08-22398 _____
_____ Debtor                                              Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>First Horizon and Citimortgage | **Describe Property Securing Debt:**<br>residential homestead |

Property will be *(check one)*:
- ☐ Surrendered          ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
- ☑ Claimed as exempt          ☐ Not claimed as exempt

| Property No. 2 *(if necessary)* | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
- ☐ Surrendered          ☐ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
- ☐ Claimed as exempt          ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)

**PART B – Personal property subject to unexpired leases.** *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br><br>VW Credit | **Describe Leased Property:**<br><br>2007 VW | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☑ YES        ☐ NO |

| Property No. 2 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:**<br><br>~~VW Credit~~ *US Bank* | **Describe Leased Property:**<br><br>Boat | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☑ YES        ☐ NO |

| Property No. 3 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES        ☐ NO |

_____ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: _12/7/08_ 

_____
Signature of Debtor

_____
Signature of Joint Debtor