UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON

IN RE:  CASE NO. 08-22398
ANTHONY FRAMBES
DEBTOR(S)

**ORDER**

The schedules filed with the court on December 11, 2008, are defective as presented for the reason(s) checked below:

☐ Not sworn to under penalty of perjury by the debtors as required by Rule 1008 of the Federal Rules of Bankruptcy Procedure.

☒ The schedules are adding creditors not included on the list of creditors submitted with the petition. The schedules must be accompanied by a scanable matrix including ONLY those additional creditors. The $26.00 filing fee that is required when adding or deleting creditors has not been included.

**Note**: It is your responsibility to notify added creditors of the filing of this case and to provide notice of the scheduled 341 meeting if they were not included on the mailing list of creditors submitted with your skeletal petition.

The debtor(s) is ORDERED to file amended document(s) on or before 15 days from the date of this order unless the court for cause shown extends the period. Failure to comply with this order may result in the dismissal of this case or the withholding of the discharge of the debtor(s) without further notice or hearing. This does not limit any party in interest from seeking contempt sanctions, dismissal of the case, or any other remedy for failure to comply with this order.

Copies to:

Debtor(s)

Trustee

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*William S. Howard*
**Bankruptcy Judge
Dated: Thursday, December 11, 2008
(jms)**