December 23, 2008

Anthony Frambes
347 Riverbend Dr
Ludlow, KY 41016

Case # 08-22398

Addition of Creditors

1. First Horizon Home Loans:  Acct #0060000163
   Mail Code 6412
   4000 Horizon Way
   Irving, TX 75063

2. CitiMortgage:  Actt # 0771500658-6
   PO Box 6006
   The Lakes, NV 88901

3. VW Credit: Acct #843744978
   PO Box 17497
   Baltimore, MD 21297

4. NuVell Credit Company
   P.O. Box 78252
   Phoenix, AZ 85062-8252



EASTERN DISTRICT OF KENTUCKY
FILED
DEC 30 2008
AT LEXINGTON
JERRY D. TRUITT, CLERK
U.S. BANKRUPTCY COURT

December 23, 2008

Anthony Frambes
347 Riverbend Dr
Ludlow, KY 41016

Case # 08-22398

Certificate of Service

This is to notify you (creditor) that I, Anthony Frambes have filed for Chapter 7 Bankruptcy. You will find enclosed a copy of the Meeting of Creditors for the Eastern District of Kentucky Bankruptcy court. It is scheduled for January 8th, 2009 at 2:40pm.

Please be advised.

Thank you.

Anthony Frambes

Sent to:

First Horizon Home Loans
CitiMortgage
VW Credit
Eastern Kentucky Bankruptcy Court

| UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF KENTUCKY | RECEIPT |
|---|---|
| Case # 08-22398 | # 000226031 - NW |
| | 09:26 AM, December 29, 2008 |
| | Code  Qty  Amount |
| | AM   1   $26.00 |
| Debtor(s): Frambes | TOTAL PAID: $26.00 |
| | From: Anthony Frambes |

| UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF KENTUCKY | RECEIPT |
|---|---|
| Case # 08-22398 | # 000226031 - NW |
| | 09:26 AM, December 29, 2008 |
| | Code  Qty  Amount |
| | AM   1   $26.00 |
| Debtor(s): Frambes | TOTAL PAID: $26.00 |
| | From: Anthony Frambes |

ORIGINAL