UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE:                              CHAPTER 7
    Anthony Frambes            BANKRUPTCY NO. 08-22398-WSH
    Aka:Anthony W. Frambes
    Debtor

## NOTICE AND OPPORTUNITY

\* \* \* \* \* \*

Notice is hereby given of the following Motion To Terminate Automatic Stay Pursuant to Bankruptcy Rule 4001.

Please take notice that unless a party in interest, within 15 days from the date of this motion, files a response to the motion and a request for and notice of hearing on such response, the enclosed order will be tendered to the court and may be entered without a hearing on the motion.

## MOTION TO TERMINATE AUTOMATIC STAY
## PURSUANT TO BANKRUPTCY RULE 4001

\* \* \* \* \* \*

Comes the movant, Ford Motor Credit Company LLC, a creditor herein, by counsel, and for its Motion to Terminate Stay, states as follows:

1.   This contested matter relates to Bankruptcy Petition No. 08-22398-WSH in the Bankruptcy Court for the Eastern District of Kentucky, Covington Division, which Petition is a Chapter 7 proceeding, with the debtor being Anthony Frambes Aka:Anthony W. Frambes.

2.   The debtor filed a petition for relief under chapter 7 of the Bankruptcy Code in this court on November 24, 2008. The trustee of the estate of the debtor in this case is L.

Y7C ()/08-49063-0

Craig Kendrick.

3.    This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334, as referred under 28 U.S.C. §157, and it constitutes a "core proceeding" within the meaning of the latter statute.

4.    This Motion is made pursuant to Bankruptcy Rule 4001, and in conformity with Rule 9014.

5.    The debtor, was at the time of the filing of the Petition, and still is, justly and truly indebted to the movant in the sum of $14,859.74.

6.    Specifically, the debtor is in arrears for the month(s) of October, 2008 through November, 2008 for a total of $2,742.68.

7.    The consideration was an obligation for the sum and on the date shown on the Vehicle Lease Agreement attached to movant's Proof of Claim.

8.    No part of said remaining balance of said debt has been paid.

9.    There are no setoffs or counterclaims to said debt, and it is free from any charge forbidden by applicable law.

10.    Creditor objects and requests a hearing to any claim of the debtor seeking to exempt any of said property under §522(f).

11.    Pursuant to the Vehicle Lease Agreement attached to the Proof of Claim the movant has an ownership interest in the 2006 Landrover LR3 VIN: SALAG25446A354185.

Y7C ()/08-49063-0

12.  As shown by the additional attachment to the Proof of Claim, the movant properly perfected its ownership interest by the Certificate of Title which has not been terminated and covers the property described above.

13.  The debtor has no equity in said property.

14.  Movant is suffering and will continue to suffer irreparable harm from continuation of the 11 U.S.C. §362 automatic stay.

15.  Meanwhile, debtor continues to use and enjoy movant's collateral while same continues to depreciate in value without adequate protection and compensation to movant.

16.  The movant is presently stayed from enforcing its security interest, however, by the force and effect of 11 U.S.C. §362.

17.  The debtor has had a reasonable opportunity to redeem said property and has not done so.

18.  The Trustee should be required to assert any interest it may have in said property or be forever barred.

WHEREFORE, movant prays for an Order terminating the §362 Stay and authorizing the debtor to surrender possession of said property to movant, and barring debtor's right of redemption and the automatic stay is further terminated to allow the Creditor to send to the debtor(s) protected by the stay, any and all notices required by state and/or federal law, regulation or statute and that the  Trustee's interest in said property be forever barred  and asks that any issues

Y7C ()/08-49063-0

relating thereto be adjudicated at the first hearing held on this Motion.

                              MAPOTHER & MAPOTHER, P.S.C.

                         BY:   /s/ Jessica L. Newman
                               Jessica L. Newman
                               Counsel for Movant
                               MAPOTHER & MAPOTHER, P.S.C.
                               300 East Main Street, Ste
                               340
                               Lexington, KY  40507
                               (502)587-5400

**CERTIFICATE**

I hereby certify that the foregoing
either has been sent electronically,
or by first class mail to the persons
listed below on the date that this
pleading is filed with the court
pursuant to Bankruptcy Rule 9014:
debtor, Anthony Frambes Aka:Anthony W.
Frambes, 347 Riverbend Drive,
Covington, Kentucky  41016, and to the
Trustee, L. Craig Kendrick, Bldg. 300
Suite 25, 7000 Houston Road, Florence,
KY 41042.

MAPOTHER & MAPOTHER, P.S.C.

BY:   /s/ Jessica L. Newman
      Jessica L. Newman
      Counsel for Ford Motor Credit Company LLC
      MAPOTHER & MAPOTHER, P.S.C.
      300 East Main Street, Ste 340
      Lexington, KY  40507
      (502)587-5400

Y7C ()/08-49063-0