**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ANTHONY  FRAMBES | § | CASE NO. 08-22398-WSH |
| | § | CHAPTER 7 |
| | § | |
| | § | JUDGE WILLIAM S. HOWARD |

**REQUEST FOR SERVICE OF NOTICE**

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Brice, Vander Linden & Wernick, P.C. has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankrupcy Court upon the creditor at the following address:

**VW Credit, Inc.**
**P. O. Box 829009**
**Dallas, Texas 75382-9009**

Respectfully submitted,
Brice, Vander Linden & Wernick, P.C.

/s/ Hilary B. Bonial /s/ Tyler Jones

Hilary B. Bonial
Tyler Jones

F# 7225-N-4486
9441 LBJ Freeway, Suite 350
Dallas, Texas  75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Authorized Agent for VW Credit, Inc.

## CERTIFICATE OF SERVICE

I, Hilary B. Bonial / Tyler Jones, hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before January 12, 2009:

**Debtors' Attorney**
Anthony Frambes
Debtor Pro Se
347 Riverbend Dr
Ludlow, KY  41016

**Chapter 7 Trustee**
L. Craig Kendrick
7000 Houston Road, Building 300, Suite 25
Florence, Kentucky 41042

**U.S. Trustee**

/s/ Hilary B. Bonial /s/ Tyler Jones

Hilary B. Bonial
Tyler Jones

7225-N-4486
noaelect