200905458
(tjk)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON

| IN RE: | Case No. 08-22398 |
|---|---|
| Anthony Frambes | Chapter 7   (Judge Howard) |
| Debtor | **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND FOR ABANDONMENT OF PROPERTY OF JPMORGAN CHASE BANK, NA (PROPERTY ADDRESS: 200 SONOMA COURT, COLD SPRINGS, KY 41076)** |

This matter is before the Court upon the Motion for Relief from the Automatic Stay and for Abandonment of Property filed herein by the secured creditor, JPMorgan Chase Bank, NA; and it appearing to the Court that the debtor, debtor's counsel, the Trustee and any lienholders were served with a copy of said Motion as indicated on the Certificate of Service attached to said Motion, and were served with a notice and opportunity for hearing; and it further appearing that Movant's Motion is well taken; accordingly

IT IS ORDERED THAT the automatic stay imposed by Section 362 of the Bankruptcy Code shall be, and hereby is terminated in all respects as against the said Movant, its successors and assigns, and that the Trustee's interest in the subject real property is hereby abandoned.

Pursuant to Local Rule 9022-1(c),
_____Joel K. Jensen_____,
shall cause a copy of this order to be served on
each of the parties designated to receive
this order pursuant to Local Rule 9022-1(a)
and shall file with the court a certificate
of service of the order upon such parties
within ten (10) days hereof.

COPIES TO:

Anthony Frambes
347 Riverbend Dr
Ludlow, KY 41016
PRO SE

L. Craig Kendrick, Trustee
7000 Houston Rd.
Bldg. 300, Ste. 25
Florence, KY 41042

Office of the US Trustee
100 East Vine Street
Suite 500
Lexington, KY 40507

Hon. Joel K. Jensen
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
P. O. Box 5480
Cincinnati, Ohio 45201-5480


/s/ Joel K. Jensen
Joel K. Jensen
Bar Registration #81820
513-241-3100 x-3349

LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
P. O. Box 5480
Cincinnati, Ohio 45201-5480
(513) 354-6464 fax
ekybk@lsrlaw.com

1