UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE:  CASE NO. 08-22398
        Chapter 7
ANTHONY FRAMBES  Judge William S. Howard

      Debtor

---

APPLICATION TO EMPLOY ATTORNEY FOR TRUSTEE

---

Comes now, L. Craig Kendrick, Trustee in Bankruptcy, and makes application to the Court to appoint L. Craig Kendrick as attorney for the Bankruptcy Estate for the following purpose:

1. It is necessary that the Estate employ an attorney in connection with the administration of this Estate for the purpose of representation of the Estate in the prosecution of matters to collect assets of the estate and to appear before a necessary court to accomplish that.

2. Applicant verily believes that it is in the best interest of this Estate and that it is absolutely necessary that he be authorized to retain an attorney to render the above-described legal services under a general retainer.

3. The undersigned is the duly appointed trustee for the above captioned bankruptcy estate.

4. Your trustee wishes to employ L. Craig Kendrick who is duly admitted to practice in this Court and who the trustee believes is well qualified to represent the bankruptcy estate in this proceeding. Applicant submits that he is well

qualified to act as attorney in connection with the administration of this Estate. Applicant has had substantial experience as an attorney in cases involving bankruptcy and the subject matter of this case.

5. Applicant represents no interest adverse to the Estate.

6. It is necessary that the trustee employ an attorney in connection with the administration of this estate for the following reasons: to pursue a preferential claim and to determine the validity of a lien on a motor vehicle and if necessary to avoid said lien.

7. Your trustee desires that L. Craig Kendrick be appointed as counsel for the trustee at the rate of $225.00 per hour plus expenses. L. Craig Kendrick understands that all fees paid to and expenses reimbursed to him must be approved by this Court and understands that any and all payments of fees and expenses will be paid from funds or property recovered by him in the above referenced action.

8. To the best of Applicant's knowledge, he has no connection with the debtor, the creditors, or any other parties of interest or their respective attorneys, except as previously noted.

9. Said Attorney represents no interest adverse to the trustee or the estate in the matters upon which said attorney is to be engaged for your trustee.

10. Your trustee submits that it will be economical and consonant with the purposes and policies of the Bankruptcy Code that he be authorized to retain L. Craig Kendrick as counsel herein. This retention, if authorized will enable a

cohesive, unitary administration of the estate and will inure to the best interest of said estate and its creditors.

11. No previous application for the relief sought has been made to this or any other court.

**WHEREFORE,** your trustee prays that your trustee be authorized to employ and appoint L. Craig Kendrick as trustee's counsel.

    Respectfully submitted,

    /s/ L. Craig Kendrick
    L. CRAIG KENDRICK (KBA#83680)
    Trustee
    7000 Houston Rd., Bldg. 300, Ste. 25
    Florence, KY 41042
    (859) 371-4321

COMMONWEALTH OF KENTUCKY
COUNTY OF BOONE

SUBSCRIBED, SWORN TO AND ACKNOWLEDGED before me, a Notary Public, by L. Craig Kendrick this 6th day of March, 2009.

    /s/ Denise Kendrick
    NOTARY PUBLIC – STATE AT LARGE
    My Comm. Expires:  June 30, 2012

## **NOTICE**

Notice is hereby given that unless within 20 days of the date of service of this notice, you as a creditor file a response to the Application to Employ and request for and notice a hearing on the response, an order may be entered without a hearing sustaining the Application to Employ.

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing has been served upon the following via regular U.S. mail postage prepaid or electronic mail on this the 6th day of March, 2009:


Anthony Frambes
347 Riverbend Road
Ludlow, KY 41016

United States Trustee's Office
100 East Vine Street, Ste. 500
Lexington, KY 40507
ustpregion08.lx.ecf@usdoj.gov

to all creditors on the mailing matrix

                                                  /s/ L. Craig Kendrick_____
                                                  L. Craig Kendrick

```
Label Matrix for local noticing          HSBC BANK NEVADA NA                  Covington Office
0643-2                                    BASS & ASSOCIATES PC                US Bankruptcy Court
Case 08-22398-wsh                         3936 E FT LOWELL RD                 100 E Vine St #200
Eastern District of Kentucky              STE 200                             Lexington, KY 40507-1451
Covington                                 TUCSON, AZ 85712-1083
Fri Mar  6 10:50:13 EST 2009

AMERICAN EXPRESS                          BANK OF AMERICA                     BEST BUY RETAIL SERVICES
BOX 0001                                  PO BOX 17309                        PO BOX 5238
LOS ANGELES CA 90096-0001                 BALTIMORE MD 21297-1309             CAROL STREAM IL 60197-5238


CITI CARDS                                CITIBANK                            CITIFINANCIAL RETAIL SERVICES
PO BOX 183056                             PO BOX 183056                       PO BOX 183041
COLUMBUS OH 43218-3056                    COLUMBUS OH 43218-3056              COLUMBUS OH 43218-3041


CITIMORTGAGE                              (p)DISCOVER FINANCIAL SERVICES LLC  FIRST HORIZON HOME LOANS
PO BOX 6006                               PO BOX 3025                         4000 HORIZON WAY
THE LAKES NV 88901-6006                   NEW ALBANY OH 43054-3025            IRVING TX 75063-2260


FORD MOTOR CREDIT COMPANY LLC             JPMORGAN CHASE                      LAND ROVER CAPITAL
DRAWER 55-953                             7255 BAYMEADOWS WAY                 PO BOX 55000
P.O. BOX 55000                            MAIL STOP JAXB2007                  DETROIT MI 48255-0001
DETROIT, MI 48255-0001                    JACKSONVILLE FL 32256-6851


LAND ROVER CAPITAL GROUP                  LAND ROVER CAPITAL GROUP            NUVELL CREDIT
P O  BOX 553179                           PO BOX 537901                       PO BOX 130424
DETROIT  MI  48255-3179                   LIVONIA MI 48153-7901               ROSEVILLE, MN 55113-0004


NUVELL CREDIT COMPANY                     U.S. Trustee                        VOLKSWAGEN CREDIT
PO BOX 78252                              100 E Vine St #500                  PO BOX 17497
PHOENIX AZ 85062-8252                     Lexington, KY 40507-1441            BALTIMORE MD 21297-1497


VW CREDIT INC                             WELLS FARGO FINANCIAL BANK          Anthony Frambes
PO BOX 829009                             PO BOX 98791                        347 Riverbend Dr
DALLAS TX 75382-9009                      LAS VEGAS NV 89193-8791             Ludlow, KY 41016-1711



L. Craig Kendrick
7000 Houston Rd.
Bldg. 300, Ste. 25
Florence, KY 41042-4873
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

DISCOVER
PO BOX 15251
WILMINGTON DE 19886-5251

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Ford Motor Credit Company LLC        (u)JPMorgan Chase Bank, N.A.            End of Label Matrix
                                                                                Mailable recipients    24
                                                                                Bypassed recipients     2
                                                                                Total                  26