# UNITED STATES BANKRUPTCY COURT
**Eastern District of Kentucky**
**Covington Division**

Mailing Address: P.O. Box 1111, Lexington, KY 40588–1111

| | |
|---|---|
| In Re: Anthony Frambes | Case Number: 08−22398−wsh |
| aka/dba: | Chapter: 7 |
| Debtor(s) | |

## NOTICE OF SUFFICIENT ASSETS

It appeared from the schedules filed when this case was initiated that there were no assets from which dividends could be paid to creditors and the notice of meeting of creditors so indicated. It now appears that the payment of a dividend may be possible. Pursuant to Rule 3002(c)(5) the last day for filing claims is fixed as 06/04/2009.

In order to have his claim allowed so that he may share in any distribution from the estate, a creditor must file a claim on or before the date as fixed by this notice.

DATED: 3/9/09

By the court –

*William S. Howard*

William S. Howard
U.S. Bankruptcy Judge

KYE_nsa                                                                                                    36