200913188
(kee)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON

| | |
|---|---|
| IN RE:<br><br>Anthony Frambes<br><br>Debtor | Case No. 08-22398<br><br>Chapter 7  (Judge William S. Howard)<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND FOR ABANDONMENT OF PROPERTY OF FIRST HORIZON HOME LOAN CORPORATION BY AND THROUGH METLIFE HOME LOANS ITS SERVICER (PROPERTY ADDRESS: 347 RIVERBEND DRIVE LUDLOW, KY 41016)** |

This matter is before the Court upon the Motion for Relief from the Automatic Stay and for Abandonment of Property filed herein by the secured creditor, First Horizon Home Loan Corporation by and through MetLife Home Loans its servicer; and it appearing to the Court that the debtor, debtor's counsel, the Trustee and any lienholders were served with a copy of said Motion as indicated on the Certificate of Service attached to said Motion, and were served with a notice and opportunity for hearing; and it further appearing that Movant's Motion is well taken; accordingly

IT IS ORDERED THAT the automatic stay imposed by Section 362 of the Bankruptcy Code shall be, and hereby is terminated in all respects as against the said Movant, its successors and assigns, and that the Trustee's interest in the subject real property is hereby abandoned.

Pursuant to Local Rule 9022-1(c),

__Joel K. Jensen_____,
shall cause a copy of this order to be served on
each of the parties designated to receive
this order pursuant to Local Rule 9022-1(a)
and shall file with the court a certificate
of service of the order upon such parties
within ten (10) days hereof.

COPIES TO:

Anthony Frambes
347 Riverbend Drive
Ludlow, KY 41016

CitiMortgage
PO Box 6006
The Lakes, NV 88901

Anthony Frambes, PRO SE
347 Riverbend Drive
Ludlow, KY 41016

L. Craig Kendrick, Trustee
7000 Houston Rd
Bldg. 300, Ste. 25
Florence, KY 41042
craigkendrick@fuse.net

Office of the US Trustee
100 East Vine Street
Suite 500
Lexington, Kentucky 40507
ustpregion08.lx.ecf@usdoj.gov

Jon J. Lieberman
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
P. O. Box 5480
Cincinnati, Ohio 45201-5480


/s/ Joel K. Jensen
Joel K. Jensen
Bar Registration #81820
513-241-3100 x-3349
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
P. O. Box 5480
Cincinnati, Ohio 45201-5480
(513) 354-6464 fax
ekybk@lsrlaw.com

1