**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION**

IN RE:

ANTHONY FRAMBES                                              CASE NO. 08-22398

DEBTOR                                                                   CHAPTER 7

## MOTION FOR TURNOVER

Comes now the Trustee, L. Craig Kendrick, respectfully request an Order directing the Debtor, Anthony Frambes, to turn over the following:

1. The sum of $3,648.49 as the non-exempt amount of money on deposit with Bank of Kentucky on the date of filing the Bankruptcy Petition;

2. The Debtor's 2008 Federal and State Tax Returns and any refunds which are received. The Debtor has no remaining exemptions to these refunds; and

3. 2007 Cadillac Escalade on the grounds that the lien on the vehicle Nuvell National is unperfected as the lien was not filed within 30 days of purchase and was filed within 90 days of the Bankruptcy filing. Further the Debtor made a fraudulent conveyance of the vehicle by placing his wife's name on the title after filing the Bankruptcy Petition. The Trustee will be filing an Adversary regarding the lien and fraudulent conveyance to the wife.

Wherefore the Trustee request the Court to enter an Order requiring the Debtor to turn over the 2007 Cadillac Escalade, his 2008 Federal and State tax returns, including any refunds, and $3,648.49 from the Bank of Kentucky bank account.

          Respectfully submitted,

          /s/ L. Craig Kendrick
          L. Craig Kendrick
          Trustee in Bankruptcy
          7000 Houston Rd., Bldg. 300, Ste. 25
          Florence, KY 41042
          (859) 371-4321

## NOTICE

The foregoing Motion will be heard on the 14th day of April, 2009 at 1:45 p.m. at the United States Bankruptcy Court, Covington, Kentucky.

## CERTIFICATION

The undersigned hereby certifies that on this 27th day of March, 2009, a copy of the foregoing was served either by regular U.S. Mail postage prepaid or though electronic mail upon the following:

United States Trustee
100 East Vine St., 5th Floor
Lexington, KY 40507

Anthony Frambes
347 Riverbend Drive
Ludlow, KY 41016

          /s/ L. Craig Kendrick
          L. Craig Kendrick