UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
THE HONORABLE William S. Howard

IN RE:  CASE NUMBER 08-22398
Anthony Frambes

## US BANKRUPTCY JUDGES MINUTES OF HEARING

DATE: 4/14/2009  TIME: 01:45

APPEARANCES:
Kendrick, L.

ISSUE:
40   3/27/2009   Motion for Turnover of Property, filed by L. Craig Kendrick. Hearing scheduled for 4/14/2009 at 01:45 PM at Covington Courtroom.  (Attachments: # (1) Proposed Order) (Kendrick, L.)

DISPOSITION:
Sus

JUDGE'S NOTES:

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
*The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.*



**Signed By:**
*William S. Howard*
**Bankruptcy Judge
Dated: Tuesday, April 14, 2009
(gwp)**