UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE:

ANTHONY FRAMBES                                       CASE NO. 08-22398

DEBTOR                                                CHAPTER 7

### ORDER TO TURNOVER

This matter having come before the Court on the Trustee's Motion to Turnover; the Court having heard the arguments and being in all ways sufficiently advised;

**IT IS HEREBY ORDERED AND ADJUDGED** that the Trustee's Motion to Turnover is sustained.

**IT IS HEREBY FURTHER ORDERED AND ADJUDGED** that the Debtor shall turnover to the Trustee within seven (7) days the sum of $3,648.49; his 2008 Federal and State tax returns and any refunds received; and the 2007 Cadillac Escalade.

**Pursuant to Local Rule 9022-1(c), L. Craig Kendrick shall cause a copy of this Order to be serviced on each of the parties designated to receive this Order pursuant to Local Rule 9022-1(a) and shall file with the court of a certificate of service of the Order upon such parties within ten (10) days hereof.**

United States Trustee
100 East Vine St., 5th Floor
Lexington, KY 40507

Anthony Frambes
347 Riverbend Drive
Ludlow, KY 41016

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
*The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.*



**Signed By:**
*William S. Howard*
**Bankruptcy Judge**
**Dated: Wednesday, April 15, 2009**
**(jms)**