**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

IN RE:

**ANTHONY FRAMBES**                                      **CASE NO. 08-22398**

**DEBTOR**                                               **CHAPTER 7**

### CERTIFICATION

I hereby certify that a true and correct copy of the Order Granting Trustee's Motion to Turnover Property dated April 15, 2009 has been sent on this 16th day of April, 2009 by either regular U. S. Mail postage prepaid or via electronic filing to the following:

Anthony Frambes
347 Riverbend Road
Ludlow, KY 41016

United States Trustee's Office
100 East Vine Street, Ste. 500
Lexington, KY 40507
ustpregion08.lx.ecf@usdoj.gov

/s/ L. Craig Kendrick
L. Craig Kendrick
7000 Houston Rd., Bldg. 300, Ste. 25
Florence, Kentucky 41042
(859) 371-4321