**UNITED STATES BANKRUPTCY COURT**
**EASTERN DIVISION OF KENTUCKY**
**COVINGTON DIVISION**

IN RE:                                                Case No.: 08-22398
                                                                        Chapter 7

**ANTHONY FRAMBES**                              Judge Howard

    **Debtor**

## STIPULATION IN LIEU OF ADVERSARY ACTION

NUVELL NATIONAL, a creditor herein, and the Trustee in Bankruptcy, L. Craig Kendrick, agree that the following Stipulation may be entered in the within case dispensing with the need for an adversary action.

1. Nuvell National, has an unperfected security interest in a 2007 Cadillac Escalade, VIN#1GYFK63837R305145, which is voidable by the Trustee in Bankruptcy pursuant to 11 U.S.C. § 544 et seq., of the U.S. Bankruptcy Code.

2. Said vehicle may be sold by the Trustee at auction, or otherwise, pursuant to further approval of this Court, the proceeds of which shall not be subject to Nuvell National's lien, but will be held for the benefit of the estate as provided by 11 U.S.C. § 551.

3. Nuvell National shall be granted leave to file an unsecured proof of claim in the within case for the amount of its claim against the Debtors on said vehicle.

/s/ Lawrence J. Fallon                              /s/ L. Craig Kendrick
LAWRENCE J. FALLON                          L. CRAIG KENDRICK
Counsel for Nuvell National                    Trustee in Bankruptcy

167041