UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE:                                                            CASE: 08-22398

ANTHONY FRAMBES

                                                                      CHAPTER 7

DEBTOR                                                        JUDGE HOWARD

## ENTRY OF APPEARANCE

The undersigned, Aaron M. Beck, hereby enters his appearance as counsel of record for interested party, Ryan M. Beck, and respectfully requests that all pleadings, orders, process and other papers required to be served upon him at the address below.


/s/ Aaron M. Beck
Attorney for Ryan M. Beck
P.O. Box 6910
Florence, Kentucky 41022
(859) 371-3600
(859) 525-1040 facsimile
aaronbeck@bfzlaw.com

## CERTIFICATE OF SERVICE

    This is to certify that a true and accurate copy of the foregoing was served on the counsel for the debtors, the trustee and other parties in interest by electronic filing this 1st day of June 2009.

Hon. Alexander F. Edmonson
28 W. 5th Street
Covington, Kentucky 41011

Hon. L. Craig Kendrick
7000 Houston Rd.
Bldg. 300, Ste. 25
Florence, Kentucky 41042

                                                    /s/ Aaron M. Beck
                                                  Aaron M. Beck