2. TIFFANY M. FRAMBES shall relinquish any and all interest she may have in the 2007 Cadillac Escalade, VIN#1GYFK63837R305145 and the vehicle may be sold by the trustee for the benefit of the bankruptcy estate.

| | |
|---|---|
| *Tiffany Frambes* <br> TIFFANY M. FRAMBES <br> Counsel for Nuvell National | /s/ L. Craig Kendrick <br> L. CRAIG KENDRICK <br> Trustee in Bankruptcy |

167041