### UNITED STATES BANKRUPTCY COURT
### EASTERN DIVISION OF KENTUCKY
### COVINGTON DIVISION

| | |
|---|---|
| **IN RE:** | **Case No.:  08-22398** |
| | **Chapter 7** |
| **ANTHONY FRAMBES** | **Judge Howard** |
| Debtor | |

---

## STIPULATION IN LIEU OF ADVERSARY ACTION

---

NUVELL NATIONAL, a creditor herein, and the Trustee in Bankruptcy, L. Craig Kendrick, agree that the following Stipulation may be entered in the within case dispensing with the need for an adversary action.

1.    Nuvell National, has an unperfected security interest in a 2007Cadillac Escalade, VIN#1GYFK63837R305145, which is voidable by the Trustee in Bankruptcy pursuant to 11 U.S.C. § 544 et seq.,  of the U.S. Bankruptcy Code.

2.    Said vehicle may be sold by the Trustee at auction, or otherwise, pursuant to further approval of this Court, the proceeds of which shall not be subject to Nuvell National's lien, but will be held for the benefit of the estate as provided by 11 U.S.C. § 551.

3.    Nuvell National shall be granted leave to file an unsecured proof of claim in the within case for the amount of its claim against the Debtors on said vehicle.


| | |
|---|---|
| /s/ Lawrence J. Fallon | /s/ L. Craig Kendrick |
| LAWRENCE J. FALLON | L. CRAIG KENDRICK |
| Counsel for Nuvell National | Trustee in Bankruptcy |


167041

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
*The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.*



**Signed By:**
***William S. Howard***
**Bankruptcy Judge**
**Dated: Wednesday, June 03, 2009**
**(wsh)**