## UNITED STATES BANKRUPTCY COURT
## EASTERN DIVISION OF KENTUCKY
## COVINGTON DIVISION

IN RE:                                          Case No.:  08-22398
                                                Chapter 7
**ANTHONY FRAMBES**                             **Judge Howard**

     **Debtor**

---

## STIPULATION IN LIEU OF ADVERSARY ACTION

---

This Stipulation is entered into by and between TIFFANY M. FRAMBES, and L. Craig Kendrick, Trustee to dispense with the necessity of filing an adversary action.

WHEREAS TIFFANY M. FRAMBES is the wife of the Debtor.

WHEREAS the Debtor purchased a 2007 Cadillac Escalade on November 22, 2008.  Said vehicle was financed with Nuvell National.

WHEREAS the vehicle was initially titled in the State of Ohio only in the name of the Debtor.

WHEREAS, Nuvell National has entered into a Stipulation in Lieu of Adversary admitting that it has a defective lien on the vehicle.

WHEREAS, after the filing of the Bankruptcy, the Debtor transferred the title to the vehicle into the joint names of himself and his wife, TIFFANY M. FRAMBES and registered the vehicle in the Commonwealth of Kentucky.

WHEREAS in consideration of the above transactions the parties stipulate as follows:

1. The transfer of the vehicle from the Debtor to his wife, TIFFANY M. FRAMBES shall be set aside and considered null and void.

167041

2. TIFFANY M. FRAMBES shall relinquish any and all interest she may have in the 2007Cadillac Escalade, VIN#1GYFK63837R305145 and the vehicle may be sold by the trustee for the benefit of the bankruptcy estate.

/s/ Tiffany M. Frambes
TIFFANY M. FRAMBES
Counsel for Nuvell National

/s/ L. Craig Kendrick
L. CRAIG KENDRICK
Trustee in Bankruptcy