UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE:

ANTHONY FRAMBES

DEBTOR(S)

CASE NO. 08-22398
CHAPTER 7

MOTION TO APPROVE SALE

COMES NOW, L. Craig Kendrick, Trustee in Bankruptcy, and pursuant to 11 U.S.C. § 363, moves this Court for an order authorizing him to sell a 2007 Cadillac Escalade, VIN#1GYFK63837R305145, which constitutes property of the Estate. Said vehicle is property of the Estate as defined in 11 U.S.C. § 541. The Trustee has received an offer from Ryan M. Beck to purchase the vehicle for $23,000.00 (see attached Offer to Purchase). Mr. Beck is a disinterested party as defined in the Bankruptcy Code.

WHEREFORE, the Trustee prays for an order authorizing him to sell the Debtor's 2007 Cadillac Escalade, VIN#1GYFK63837R305145, to Ryan M. Beck for the sum of $23,000.00.

Respectfully submitted,

/s/ L. Craig Kendrick
L. Craig Kendrick
Chapter 7 Trustee
7000 Houston Rd., Bldg. 300, Ste. 25
Florence, KY 41042
(859) 371-4321

NOTICE

Please take notice that unless written objection is filed within twenty (20) days from the date of this notice, the Court may enter an order granting the relief requested without further hearing. Any objection shall be filed in writing with the United States Bankruptcy Clerk, P.O. Box 1111, Lexington, Kentucky 40588. Any objection filed shall be set for hearing before the United States Bankruptcy Court at the next available motion docket at 35 West 5th Street, Room 305, Covington, Kentucky. A copy of the objection shall be filed upon the Trustee and the United States Trustee at the address listed herein.

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 17th day of June, 2009, a copy of the foregoing was served either by regular U.S. mail, postage prepaid, or through electronic service, where possible, upon the following:

U.S. Trustee
100 East Vine Street, Suite 500
Lexington, KY  40507
ustpregion08.1x.ecf@usdoj.gov

Alexander F. Edmondson, Esq.
aedmondson@edmonsonlaw.org

Anthony Frambes
347 Riverbend Road
Ludlow, KY 41016

To all parties on the attached matrix.

                                                /s/ L. Craig Kendrick
                                                L. Craig Kendrick

2

Motion to Approve Sale of vehicle.rtf

# BUSALD FUNK ZEVELY, P.S.C.

E. ANDRE' BUSALD*
WILBUR M. ZEVELY*
WILLIAM J. KATHMAN, JR.*
BURR J. TRAVIS
MICHAEL J. McMAIN*
GAIL M. LANGENDORF*
JAY R. VAUGHN*
RYAN M. BECK
AARON M. BECK

ATTORNEYS AND COUNSELORS AT LAW

226 MAIN STREET

P.O. BOX 6910

FLORENCE, KENTUCKY   41022-6910

859/371-3600

TELECOPIER 859/525-1040

www.bfzlaw.com / ryanbeck@bfzlaw.com

C. WILLIAM FUNK
1928-1989

*ADMITTED IN OHIO AND KENTUCKY

May 22, 2009

VIA FACSIMILE: (859) 371-4665

Hon. L. Craig Kendrick
Attorney at Law
7000 Houston Road
Building 300, Ste. 25
Florence, Kentucky 41042

RE:  Bankruptcy Petition #: 08-22398-wsh
     Offer to Purchase 2007 Cadillac Escalade
     VIN #: 1GYFK63837R305145

Dear Craig,

This letter shall serve as my formal offer to purchase the 2007 Cadillac Escalade, VIN #: 1GYFK63837R305145 from the bankruptcy estate currently in the United States Bankruptcy Court, Eastern District of Kentucky, Bankruptcy Petition #: 08-22398-wsh., Debtor, Anthony Frambes. I will purchase the 2007 Cadillac Escalade, VIN #: 1GYFK63837R305145 for $23,000.00. This offer is contingent upon obtaining financing at a reasonable rate. I am offering to purchase this vehicle for my personal use and not on behalf of any client and/or other organization.

As always, please do not hesitate to contact me if you have any questions or need anything further. Awaiting your reply, I remain

Very truly yours,

BUSALD FUNK ZEVELY, P.S.C.

Ryan M. Beck

RECEIVED
MAY 26 2009

```
Label Matrix for local noticing        HSBC BANK NEVADA NA                    Covington Office
0643-2                                  BASS & ASSOCIATES PC                   US Bankruptcy Court
Case 08-22398-wsh                       3936 E FT LOWELL RD                    100 E Vine St #200
Eastern District of Kentucky            STE 200                                Lexington, KY 40507-1451
Covington                               TUCSON, AZ 85712-1083
Fri Mar  6 10:50:13 EST 2009

AMERICAN EXPRESS                        BANK OF AMERICA                        BEST BUY RETAIL SERVICES
BOX 0001                                PO BOX 17309                           PO BOX 5238
LOS ANGELES CA 90096-0001               BALTIMORE MD 21297-1309                CAROL STREAM IL 60197-5238


CITI CARDS                              CITIBANK                               CITIFINANCIAL RETAIL SERVICES
PO BOX 183056                           PO BOX 183056                          PO BOX 183041
COLUMBUS OH 43218-3056                  COLUMBUS OH 43218-3056                 COLUMBUS OH 43218-3041


CITIMORTGAGE                            (p)DISCOVER FINANCIAL SERVICES LLC     FIRST HORIZON HOME LOANS
PO BOX 6006                             PO BOX 3025                            4000 HORIZON WAY
THE LAKES NV 88901-6006                 NEW ALBANY OH 43054-3025               IRVING TX 75063-2260


FORD MOTOR CREDIT COMPANY LLC           JPMORGAN CHASE                         LAND ROVER CAPITAL
DRAWER 55-953                           7255 BAYMEADOWS WAY                    PO BOX 55000
P.O. BOX 55000                          MAIL STOP JAXB2007                     DETROIT MI 48255-0001
DETROIT, MI 48255-0001                  JACKSONVILLE FL 32256-6851


LAND ROVER CAPITAL GROUP                LAND ROVER CAPITAL GROUP               NUVELL CREDIT
P O BOX 553179                          PO BOX 537901                          PO BOX 130424
DETROIT  MI  48255-3179                 LIVONIA MI 48153-7901                  ROSEVILLE, MN 55113-0004


NUVELL CREDIT COMPANY                   U.S. Trustee                           VOLKSWAGEN CREDIT
PO BOX 78252                            100 E Vine St #500                     PO BOX 17497
PHOENIX AZ 85062-8252                   Lexington, KY 40507-1441               BALTIMORE MD 21297-1497


VW CREDIT INC                           WELLS FARGO FINANCIAL BANK             Anthony Frambes
PO BOX 829009                           PO BOX 98791                           347 Riverbend Dr
DALLAS TX 75382-9009                    LAS VEGAS NV 89193-8791                Ludlow, KY 41016-1711


L. Craig Kendrick
7000 Houston Rd.
Bldg. 300, Ste. 25
Florence, KY 41042-4873
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

DISCOVER
PO BOX 15251
WILMINGTON DE 19886-5251

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Ford Motor Credit Company LLC        (u)JPMorgan Chase Bank, N.A.             End of Label Matrix
                                                                                 Mailable recipients   24
                                                                                 Bypassed recipients    2
                                                                                 Total                 26