## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
## COVINGTON DIVISION

IN RE:

                                        **CASE NO.  08-22398**

**ANTHONY FRAMBES**                           **CHAPTER 7**

**DEBTOR(S)**

---

### ORDER APPROVING SALE

---

WHEREAS, the Trustee has requested authority to sell the Debtor's 2007 Cadillac Escalade, VIN#1GYFK63837R305145, to Ryan M. Beck for the sum of $23,000.00; and the Court, finding that no better achievability is likely and Mr. Beck to be a disinterested person under the Bankruptcy Code; and the Court in all ways sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED, that the Trustee is authorized to convey the 2007 Cadillac Escalade, VIN#1GYFK63837R305145 to Ryan M. Beck for the sum of $23,000.00, and execute any and all instruments necessary to effectuate a transfer.

Pursuant to Local Rule 9022-1(c), L. Craig Kendrick, Trustee in Bankruptcy, shall cause a copy of this Order to be served on each of the parties designated to receive this Order pursuant to Local Rule 9022-1(a) and shall file with the court a certificate of service of the order upon such parties within ten (10) days hereof, including the following:

U.S. Trustee
100 East Vine Street, Suite 500
Lexington, KY  40507
ustpregion08.1x.ecf@usdoj.gov

Alexander F. Edmondson, Esq.
aedmondson@edmonsonlaw.org

Anthony Frambes
347 Riverbend Road
Ludlow, KY 41016

To all parties on the attached matrix.

Label Matrix for local noticing
0643-2
Case 08-22398-wsh
Eastern District of Kentucky
Covington
Fri Mar  6 10:50:13 EST 2009

HSBC BANK NEVADA NA
BASS & ASSOCIATES PC
3936 E FT LOWELL RD
STE 200
TUCSON, AZ 85712-1083

Covington Office
US Bankruptcy Court
100 E Vine St #200
Lexington, KY 40507-1451

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-0001

BANK OF AMERICA
PO BOX 17309
BALTIMORE MD 21297-1309

BEST BUY RETAIL SERVICES
PO BOX 5238
CAROL STREAM IL 60197-5238

CITI CARDS
PO BOX 183056
COLUMBUS OH 43218-3056

CITIBANK
PO BOX 183056
COLUMBUS OH 43218-3056

CITIFINANCIAL RETAIL SERVICES
PO BOX 183041
COLUMBUS OH 43218-3041

CITIMORTGAGE
PO BOX 6006
THE LAKES NV 88901-6006

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

FIRST HORIZON HOME LOANS
4000 HORIZON WAY
IRVING TX 75063-2260

FORD MOTOR CREDIT COMPANY LLC
DRAWER 55-953
P.O. BOX 55000
DETROIT, MI 48255-0001

JPMORGAN CHASE
7255 BAYMEADOWS WAY
MAIL STOP JAXB2007
JACKSONVILLE FL 32256-6851

LAND ROVER CAPITAL
PO BOX 55000
DETROIT MI 48255-0001

LAND ROVER CAPITAL GROUP
P O  BOX 553179
DETROIT MI  48255-3179

LAND ROVER CAPITAL GROUP
PO BOX 537901
LIVONIA MI 48153-7901

NUVELL CREDIT
PO BOX 130424
ROSEVILLE, MN 55113-0004

NUVELL CREDIT COMPANY
PO BOX 78252
PHOENIX AZ 85062-8252

U.S. Trustee
100 E Vine St #500
Lexington, KY 40507-1441

VOLKSWAGEN CREDIT
PO BOX 17497
BALTIMORE MD 21297-1497

VW CREDIT INC
PO BOX 829009
DALLAS TX 75382-9009

WELLS FARGO FINANCIAL BANK
PO BOX 98791
LAS VEGAS NV 89193-8791

Anthony Frambes
347 Riverbend Dr
Ludlow, KY 41016-1711

L. Craig Kendrick
7000 Houston Rd.
Bldg. 300, Ste. 25
Florence, KY 41042-4873

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

DISCOVER
PO BOX 15251
WILMINGTON DE 19886-5251

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Ford Motor Credit Company LLC            (u)JPMorgan Chase Bank, N.A.

End of Label Matrix
Mailable recipients    24
Bypassed recipients     2
Total                  26

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
*The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.*



**Signed By:**
*William S. Howard*
**Bankruptcy Judge**
**Dated: Monday, July 13, 2009**
**(jms)**