**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION**

IN RE:

**ANTHONY FRAMBES**                                           **CASE NO. 08-22398**

**DEBTOR**                                                    **CHAPTER 7**

## CERTIFICATION

I hereby certify that a true and correct copy of the Order Granting Motion to Approve Sale dated July 13, 2009 has been sent on this 15th day of July, 2009 by either regular U. S. Mail postage prepaid or via electronic filing to the following:

U.S. Trustee
100 East Vine Street, Suite 500
Lexington, KY  40507
ustpregion08.1x.ecf@usdoj.gov

Alexander F. Edmondson, Esq.
aedmondson@edmonsonlaw.org

Anthony Frambes
347 Riverbend Road
Ludlow, KY 41016

To all parties on the attached matrix.

/s/ L. Craig Kendrick
L. Craig Kendrick
7000 Houston Rd., Bldg. 300, Ste. 25
Florence, Kentucky 41042
(859) 371-4321

```
Label Matrix for local noticing        HSBC BANK NEVADA NA                    Covington Office
0643-2                                  BASS & ASSOCIATES PC                   US Bankruptcy Court
Case 08-22398-wsh                       3936 E FT LOWELL RD                    100 E Vine St #200
Eastern District of Kentucky            STE 200                                Lexington, KY 40507-1451
Covington                               TUCSON, AZ 85712-1083
Fri Mar  6 10:50:13 EST 2009

AMERICAN EXPRESS                        BANK OF AMERICA                        BEST BUY RETAIL SERVICES
BOX 0001                                PO BOX 17309                           PO BOX 5238
LOS ANGELES CA 90096-0001               BALTIMORE MD 21297-1309                CAROL STREAM IL 60197-5238


CITI CARDS                              CITIBANK                               CITIFINANCIAL RETAIL SERVICES
PO BOX 183056                           PO BOX 183056                          PO BOX 183041
COLUMBUS OH 43218-3056                  COLUMBUS OH 43218-3056                 COLUMBUS OH 43218-3041


CITIMORTGAGE                            (p)DISCOVER FINANCIAL SERVICES LLC     FIRST HORIZON HOME LOANS
PO BOX 6006                             PO BOX 3025                            4000 HORIZON WAY
THE LAKES NV 88901-6006                 NEW ALBANY OH 43054-3025               IRVING TX 75063-2260


FORD MOTOR CREDIT COMPANY LLC           JPMORGAN CHASE                         LAND ROVER CAPITAL
DRAWER 55-953                           7255 BAYMEADOWS WAY                    PO BOX 55000
P.O. BOX 55000                          MAIL STOP JAXB2007                     DETROIT MI 48255-0001
DETROIT, MI 48255-0001                  JACKSONVILLE FL 32256-6851


LAND ROVER CAPITAL GROUP                LAND ROVER CAPITAL GROUP               NUVELL CREDIT
P O  BOX 553179                         PO BOX 537901                          PO BOX 130424
DETROIT  MI  48255-3179                 LIVONIA MI 48153-7901                  ROSEVILLE, MN 55113-0004


NUVELL CREDIT COMPANY                   U.S. Trustee                           VOLKSWAGEN CREDIT
PO BOX 78252                            100 E Vine St #500                     PO BOX 17497
PHOENIX AZ 85062-8252                   Lexington, KY 40507-1441               BALTIMORE MD 21297-1497


VW CREDIT INC                           WELLS FARGO FINANCIAL BANK             Anthony Frambes
PO BOX 829009                           PO BOX 98791                           347 Riverbend Dr
DALLAS TX 75382-9009                    LAS VEGAS NV 89193-8791                Ludlow, KY 41016-1711


L. Craig Kendrick
7000 Houston Rd.
Bldg. 300, Ste. 25
Florence, KY 41042-4873
```

                The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

DISCOVER
PO BOX 15251
WILMINGTON DE 19886-5251

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Ford Motor Credit Company LLC        (u)JPMorgan Chase Bank, N.A.        End of Label Matrix
                                                                            Mailable recipients   24
                                                                            Bypassed recipients    2
                                                                            Total                 26