**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION**

**IN RE:**

**ANTHONY FRAMBES**                                                    **CASE NO. 08-22398**

**DEBTOR**                                                                              **CHAPTER 7**

**STATUS REPORT**

Comes now the Trustee, L. Craig Kendrick, and reports that certain property of the estate, specifically a 2007 Cadillac Escalade, VIN#1GYFK63837R305145, was sold pursuant to order of the Court to Ryan M. Beck for the sum of $23,000.00. The Trustee can do nothing further in this case until such time as the trustee is able to file his proposed Final Report with the Office of the U.S. Trustee.

Dated: August 25, 2009

                Respectfully submitted,

                /s/ L. Craig Kendrick
                L. CRAIG KENDRICK (KBA#83680)
                7000 Houston Rd., Bldg. 300, Ste. 25
                Florence, KY 41042
                (859) 371-4321