UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE:

ANTHONY FRAMBES                                             CASE NO. 08-22398

DEBTOR                                                             CHAPTER 7

## STATUS REPORT

Comes now the Trustee, L. Craig Kendrick, and reports that the proposed Final Report with the Office of the U.S. Trustee for this case will be filed within twenty (20) days. The Trustee can do nothing further in this case until such time as the proposed Final Report is filed.

Dated: January 26, 2010

                                                Respectfully submitted,

                                                /s/ L. Craig Kendrick
                                                L. CRAIG KENDRICK (KBA#83680)
                                                7000 Houston Rd., Bldg. 300, Ste. 25
                                                Florence, KY 41042
                                                (859) 371-4321