# UNITED STATES BANKRUPTCY COURT
### Eastern District of Kentucky
### Covington Division

Mailing Address: P.O. Box 1111, Lexington, KY 40588−1111

In Re: Anthony Frambes

    347 Riverbend Dr
    Ludlow, KY 41016

aka/dba:

SSN/TID: xxx−xx−6845

Debtor(s)

{ Case Number: 08−22398−tnw
{
{ Chapter: 7

## DISCHARGE OF DEBTOR IN A CHAPTER 7 CASE

    It appearing that the debtor is entitled to a discharge, **IT IS ORDERED** the debtor is granted a discharge under section 727 of title 11, United States Code, (The Bankruptcy Code).

By the court −

Dated: 4/6/10

/s/Tracey N. Wise
Tracey N. Wise
U.S. Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0643-2            User: sonyaw                  Page 1 of 2                   Date Rcvd: Apr 06, 2010
Case: 08-22398                  Form ID: B18                  Total Noticed: 31

The following entities were noticed by first class mail on Apr 08, 2010.
db           +Anthony Frambes,    347 Riverbend Dr,    Ludlow, KY 41016-1711
cr           +HSBC BANK NEVADA NA,    BASS & ASSOCIATES PC,    3936 E FT LOWELL RD,    STE 200,
               TUCSON, AZ 85712-1083
intp         +Ryan M. Beck,    226 Main Street,    Florence, Ky 41042-2016
3850996       AMERICAN EXPRESS BANK FSB,    C/O BECKET AND LEE LLP,    POB 3001,    MALVERN  PA 19355-0701
3726694       BANK OF AMERICA,    PO BOX 17309,    BALTIMORE MD 21297-1309
3726690       CITI CARDS,    PO BOX 183056,    COLUMBUS OH 43218-3056
3730216      +CITIBANK,    PO BOX 183056,    COLUMBUS OH 43218-3056
3726692       CITIFINANCIAL RETAIL SERVICES,    PO BOX 183041,    COLUMBUS OH 43218-3041
3809010      +FIRST HORIZON HOME LOAN CORPORATION,    C/O METLIFE HOME LOANS,    4000 HORIZON WAY, SUITE 100,
               IRVING, TX 75063-2260
3730214      +FIRST HORIZON HOME LOANS,    4000 HORIZON WAY,    IRVING TX 75063-2260
3726688     ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,    DEARBORN MI 48121-6275
              (address filed with court: LAND ROVER CAPITAL GROUP,    PO BOX 537901,    LIVONIA MI 48153-7901)
3730217      +LAND ROVER CAPITAL,    PO BOX 55000,    DETROIT MI 48255-0001
3727203       LAND ROVER CAPITAL GROUP,    P O  BOX 553179,    DETROIT  MI  48255-3179
3854294      +TIFFANY M FRAMBES,    347 RIVERBEND DR,    COVINGTON KY 41016-1711
3753627       VW CREDIT INC,    PO BOX 829009,    DALLAS TX 75382-9009
3726689       WELLS FARGO FINANCIAL BANK,    PO BOX 98791,    LAS VEGAS NV 89193-8791

The following entities were noticed by electronic transmission on Apr 06, 2010.
cr           +EDI: BASSASSOC.COM Apr 06 2010 18:18:00      HSBC BANK NEVADA NA,    BASS & ASSOCIATES PC,
               3936 E FT LOWELL RD,    STE 200,    TUCSON, AZ 85712-1083
3726695       EDI: AMEREXPR.COM Apr 06 2010 18:18:00      AMERICAN EXPRESS,    BOX 0001,
               LOS ANGELES CA 90096-0001
3726694       EDI: BANKAMER2.COM Apr 06 2010 18:18:00      BANK OF AMERICA,    PO BOX 17309,
               BALTIMORE MD 21297-1309
3726691       EDI: HFC.COM Apr 06 2010 18:18:00      BEST BUY RETAIL SERVICES,    PO BOX 5238,
               CAROL STREAM IL 60197-5238
3730215      +EDI: CIAC.COM Apr 06 2010 18:18:00      CITIMORTGAGE,    PO BOX 6006,    THE LAKES NV 88901-6006
3819785       EDI: DISCOVER.COM Apr 06 2010 18:18:00      DISCOVER BANK/DFS SERVICES LLC,    PO BOX 3025,
               NEW ALBANY, OH 43054-3025
3726693       EDI: DISCOVER.COM Apr 06 2010 18:18:00      DISCOVER,    PO BOX 15251,    WILMINGTON DE 19886-5251
3847037       EDI: ECAST.COM Apr 06 2010 18:18:00      ECAST SETTLEMENT CORPORATION ASSIGNEE OF HSBC BANK,
               NEVADA AND ITS ASSIGNS,    POB 35480,    NEWARK NJ 07193-5480
3846734       EDI: AIS.COM Apr 06 2010 18:18:00      FIA CARD SERVICES, NA/BANK OF AMERICA,
               BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO BOX 248809,    OKLAHOMA CITY, OK  73124-8809
3846734       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 07 2010 01:36:58
               FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO BOX 248809,
               OKLAHOMA CITY, OK  73124-8809
3809010      +EDI: FIRSTTENN.COM Apr 06 2010 18:18:00      FIRST HORIZON HOME LOAN CORPORATION,
               C/O METLIFE HOME LOANS,    4000 HORIZON WAY, SUITE 100,    IRVING, TX 75063-2260
3730214      +EDI: FIRSTTENN.COM Apr 06 2010 18:18:00      FIRST HORIZON HOME LOANS,    4000 HORIZON WAY,
               IRVING TX 75063-2260
3748287       EDI: FORD.COM Apr 06 2010 18:18:00      FORD MOTOR CREDIT COMPANY LLC,    DRAWER 55-953,
               P.O. BOX 55000,    DETROIT, MI 48255-0953
3724396      +EDI: CHASE.COM Apr 06 2010 18:18:00      JPMORGAN CHASE,    7255 BAYMEADOWS WAY,
               MAIL STOP JAXB2007,    JACKSONVILLE FL 32256-6851
3744718      +EDI: GMACFS.COM Apr 06 2010 18:18:00      NUVELL CREDIT,    PO BOX 130424,
               ROSEVILLE, MN 55113-0004
3743816       EDI: GMACFS.COM Apr 06 2010 18:18:00      NUVELL CREDIT COMPANY,    PO BOX 78252,
               PHOENIX AZ 85062-8252
3815037       EDI: RESURGENT.COM Apr 06 2010 18:18:00      PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF,
               CITIBANK,    RESURGENT CAPITAL SERVICES,    PO BOX 10587,    GREENVILLE, SC 29603-0587
4086324       EDI: RECOVERYCORP.COM Apr 06 2010 18:18:00      RECOVERY MANAGEMENT SYSTEMS CORPORATION,
               25 S.E. 2ND AVENUE, SUITE 1120,    MIAMI, FL 33131-1605
3730218      +E-mail/Text: vci.bkcy@vwcredit.com                           VOLKSWAGEN CREDIT,    PO BOX 17497,
               BALTIMORE MD 21297-1497
3854295      +EDI: CHASE.COM Apr 06 2010 18:18:00      WASHINGTON MUTUAL,    PO BOX 9001879,
               LOUISVILLE KY 40290-1879
                                                                                               TOTAL: 20

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            First Horizon Home Loan Corporation
cr            Ford Motor Credit Company LLC
cr            JPMorgan Chase Bank, N.A.
3892743*      AMERICAN EXPRESS BANK FSB,    C/O BECKET AND LEE LLP,    POB 3001,    MALVERN  PA 19355-0701
3856164*      AMERICAN EXPRESS BANK FSB,    C/O BECKET AND LEE LLP,    POB 3001,    MALVERN  PA 19355-0701
                                                                                               TOTALS: 3, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0643-2           User: sonyaw              Page 2 of 2              Date Rcvd: Apr 06, 2010
Case: 08-22398                 Form ID: B18              Total Noticed: 31

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 08, 2010**                    **Signature:**    *Joseph Speetjens*