UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | |
|---|---|
| In re: | Case No. **08-22398** |
| **FRAMBES, ANTHONY** | Chapter 7 |
| Debtor(s) | |

### ORDER FOR TRUSTEE'S FINAL COMPENSATION
### AND REIMBURSEMENT OF EXPENSES

WHEREAS the Trustee, **L. Craig Kendrick**, has filed his/her final report, application for final compensation and reimbursement of expenses and noticed a proposed distribution to creditors and parties in interest in the above named estate, and the Trustee having filed his/her notice of distribution and notice of commission and expenses to all creditors and parties in interest, and no objections having been raised to the proposed and requested commission and expenses, and the Court having reviewed the final report of the Trustee, finds that the commission and expenses are reasonable and not in excess of the limitations as described in 11 U.S.C. § 326, and the Court otherwise being sufficiently advised,

IT IS ORDERED that the following fees and expenses be authorized and paid:

| | |
|---|---:|
| Trustee Commission | $3,050.56 |
| Expenses | $102.67 |
| Total | $3,153.23 |

Pursuant to Local Rule 9022-1(c), the Trustee shall cause a copy of this Order to be served on each of the parties designated to receive this Order pursuant to Local Rule 9022-1(a) and shall file with the Court a certificate of service of the Order upon such parties within ten (10) days hereof.

CC:
L. Craig Kendrick, Trustee
7000 Houston Rd.
Bldg. 300, Suite 25
Florence, KY  41042

U.S. Trustee
100 E. Vine Street, SB Suite 500
Lexington, KY  40507

Alexander F. Edmondson
Edmondson@edmondsonlaw.org, lbittlinger@edmondsonlaw.org

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
*The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.*



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge
Dated: Tuesday, September 07, 2010
(jms)**