UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| Anthony Frambes Aka:Anthony W. Frambes<br>347 Riverbend Drive<br>Covington, Kentucky  41016<br>Debtor | BANKRUPTCY NO. 08-22398-WSH |

**AGREED ORDER OF SUBSTITUTION OF COUNSEL FOR CREDITOR FORD MOTOR CREDIT COMPANY LLC AND REQUEST OF SERVICE OF PAPERS**

\* \* \* \* \* \*

Now comes now the undersigned, and hereby agrees that the Creditor has designated , Dennis M. Ostrowski, Mapother & Mapother, P.S.C. to replace Jessica L. Newman as Creditor's attorney of record in the above captioned matter.

Pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules", the undersigned request that all notices given or required to be given, and all papers and pleadings filed or served or required to be served, in this case, be given and served upon:

Dennis M. Ostrowski
MAPOTHER & MAPOTHER, P.S.C.
815 W. Market Street, Suite 500
Louisville, Kentucky  40202

YNS (GMS)/08-49063-0

| | |
|---|---|
| /s/ Jessica L. Newman | MAPOTHER & MAPOTHER, P.S.C. |
| Jessica L. Newman | |
| Newman & White, PLLC | BY:   /s/ Dennis M. Ostrowski |
| P.O. Box 450 | Dennis M. Ostrowski |
| Irvine, KY 40336-0450 | Counsel for Creditor |
| 606-726-9055 | MAPOTHER & MAPOTHER, P.S.C. |
| jnewman@newman-white.com | 815 West Market Street |
| | Suite 500 |
| | Louisville, KY 40202 |
| | 502-587-5429 |

Pursuant to Local Rule 9022-1(c), Dennis M. Ostrowski, shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1(a) and shall file with the court a certificate of service of the order upon such parties within ten (10) days hereof.

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing either has been served by electronic notice, hand delivery, or by first class mail, postage prepaid, to the persons listed below on: 10/06/10  debtor, Anthony Frambes Aka:Anthony W. Frambes, 347 Riverbend Drive, Covington, Kentucky 41016 and to the Trustee, L. Craig Kendrick, Bldg. 300 Suite 25, 7000 Houston Road, Florence, KY 41042, U.S. Trustee, 100 East Vine Street, Lexington, KY 40507.

MAPOTHER & MAPOTHER, P.S.C.

BY:   /s/ Dennis M. Ostrowski
      Dennis M. Ostrowski
      Counsel for Creditor

YNS (GMS)/08-49063-0

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge
Dated: Thursday, October 07, 2010
(jms)**