# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
### COVINGTON DIVISION

IN RE:

**ANTHONY FRAMBES**                                    **CASE NO. 08-22398**

**DEBTOR**                                             **CHAPTER 7**

## STATUS REPORT

Comes now the Trustee, L. Craig Kendrick, and reports that the proposed Final Account and Proposed Distribution Report to the Office of the U.S. Trustee for this case will be filed within thirty (30) days. The Trustee can do nothing further in this case until such time as the proposed Final Account and Proposed Distribution Report is filed.

Dated: October 18, 2010

                                              Respectfully submitted,

                                              /s/ L. Craig Kendrick
                                              L. CRAIG KENDRICK (KBA#83680)
                                              7000 Houston Rd., Bldg. 300, Ste. 25
                                              Florence, KY 41042
                                              (859) 371-4321